11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In the matter of the Robinson      * From the 118th District
Family Entities,                           Court of Howard County,
                                            Trial Court No. 48,534.

No. 11-12-00258-CV                  * August 29, 2014

                                       * Memorandum Opinion by Wright, C.J.
                                         (Panel consists of: Wright, C.J.,
                                         Bailey, J., and McCall, sitting
                                         by assignment)
                                         (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed, and the injunction is dissolved. This cause is remanded to the trial court for further proceedings consistent with this court's opinion. The costs incurred by reason of this appeal are taxed against the Robinson Family Entities – Geneva Legg, receiver.